UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE GRIFFIN,

    Petitioner,

v.

JEFF MACOMBER,

    Respondent.

Case No. 25-cv-08498-HSG

**ORDER OF TRANSFER**

Petitioner, a parolee currently living in Walnut Creek, California, has filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his 2019 sentence. *See generally* ECF No. 1. Petitioner was convicted and sentenced in San Diego County, which is in the Southern District of California. *Id.* Petitioner currently resides in the Northern District of California. *Id.* Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). However, a petition challenging the sentence imposed is preferably heard in the district of conviction and sentencing. *See* N.D. Cal. Habeas L.R. 2254-3(b); *see also Dannenberg v. Ingle*, 831 F. Supp. 767, 767-68 (N.D. Cal. 1993). Petitioner was convicted and sentenced in the Southern District of California. *See* 28 U.S.C. § 84(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1406(a). The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: 10/14/2025

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge